1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY R. BRENNER, an individual, | CASE NO.  3:21-cv-02094-AJB-AGS |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| XERIS PHARMACEUTICALS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the parties' joint motion and good cause appearing, the Court ORDERS as follows:

- The entire action is dismissed with prejudice.
- The Parties are to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  June 14, 2022

Hon. Anthony J. Battaglia
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 3:21-CV-02094-AJB AGS
ORDER GRANTING JT. MOT. TO DISMISS WITH
PREJUDICE